# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45408

STATE OF IDAHO,

        Plaintiff-Respondent,

v.

HARLAN JAMES HALE,

        Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: August 8, 2018

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel Hoagland, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of five years, for aggravated battery, to be served consecutively to any other sentences currently being served, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Brian R. Dickson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and LORELLO, Judge

---

PER CURIAM

      Harlan James Hale was found guilty of aggravated battery. Idaho Code § 18-907(1)(a). The district court sentenced Hale to a unified term of ten years with five years determinate to be served consecutively to all other sentences Hale was serving. Hale appeals asserting that the district court abused its discretion by imposing an excessive sentence.

      Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Hale's judgment of conviction and sentence are affirmed.